| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| | District of_____ | |

| Name of Debtor (if individual, enter Last, First, Middle): *Rich James ALLEN* | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): ~~⬛⬛⬛⬛~~ (5302) | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): *(Po Box 289) 270 South main st. Sugar Grove IL 60554* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: *Kane* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): *Po Box 289 Sugar Grove IL 60554* | Mailing Address of Joint Debtor (if different from street address): **NO DISKETTE** - *Pro-se* |
| Location of Principal Assets of Business Debtor (if different from street address above): *270 South main street Sugar Grove IL. 60554* | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| [x] Individual(s) | [ ] Railroad | [ ] Chapter 7  [x] Chapter 11  [ ] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9  [ ] Chapter 12 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other_____ | [ ] Clearing Bank | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| [x] Consumer/Non-Business | [ ] Business | [x] Full Filing Fee attached |
| | | [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). |

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 [ ] | 16-49 [x] | 50-99 [ ] | 100-199 [ ] | 200-999 [ ] |
|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] | $50,0... [ ] |
|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] | $50,0... [ ] |
|---|---|---|---|---|---|---|---|

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 06/17/2005
Time: 12:56:18
Debtor: JAMES ALLEN RICH
Case: 05-24115    Fee : 839
Chapter: 11 Rec. # : 3133297
Judge: A Benjamin Goldgar

1:05BK24115-BK001

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s): |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: *Northern District (Eastern Div)* | Case Number:<br>*04-35940* | Date Filed:<br>*7/13/2004*   *Other →* |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor
*630-707-0077*

Telephone Number (If not represented by attorney)
*6/17/05*
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
*Pro Se*

Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)       Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

*Northern District (Eastern Div)   05-B 19 339*

*Trustee D.*

*No POS! Co*

*36*



**Northern Trust**

the Kane County, Illino
2003K085480, as modifi
July 23, 2003, executed
Kane County, Illinois R
2003K183722

5.   Mortgage dated Ji
as (land) trustee under t
L-3190, covering proper
Unit 617, Chicago, Illin
Recorder of Deeds on C
the First Loan Modificat
land trustee, recorded t
September 8, 2003 as d

6.   Commercial Sec
covering the "Chitty C

Pursuant to a Not
sold and assigned all of its rigl
Documents to Jerome A. Rich,
September 9, 1996 and known
hereby directed to make all fur
Documents to Purchaser at:

Jerome A. Rich
P.O. Box 369
Sugar Grove, Illinois 605

Please make checks payable to Je
any questions regarding this Lette
5060.

cc:   Jerome A. Rich, individua
September 9, 1996 and known as t

The Northern Trust Company is a wholly owned

---

The Northern Trust Company
4 North Washington Street
Hinsdale, Illinois 60521
(630) 455-5060

 **Northern Trust**

Carmen R. Yeager
Senior Vice President
Managing Director

Dated as of April 23, 2004

**FEDERAL EXPRESS AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

**PERSONAL AND CONFIDENTIAL**

Jim Rich Enterprises, Inc.
Att: James A. Rich
270 South Main Street
Sugar Grove, Illinois 60554

James A. Rich
270 South Main Street
Sugar Grove, Illinois 60554

Re:   Notice of sale of note and letter of direction

Dear Mr. Rich:

This is with respect to the following and all related documents and instruments pertaining to loans by The Northern Trust Company ("we," "us" or "our") to Jim Rich Enterprises, Inc. and James A. Rich (such corporation and such person, individually and collectively, "you," "your" or "Borrower"), in each case as modified from time to time (collectively, the "Borrower Document(s)"):

1.   Line of Credit Agreement dated March 31, 2003, as modified by the First Loan Modification and Extension Agreement dated March 31, 2003 and the Second Loan Modification Agreement dated July 23, 2003

2.   Promissory Note and Security Agreement dated March 31, 2003, as modified by the above-referenced amendments to the Line of Credit Agreement (the "Note")

3.   Security Agreement dated March 31, 2003, covering accounts, inventory, equipment and other "business assets" as described therein

4.   Adjustable Rate Line of Credit Mortgage, Security Agreement and Assignment of Rents and Leases dated March 31, 2003, covering property commonly known as 275 Main Street, Sugar Grove, Illinois 60554, executed by LaSalle Bank National Association not personally but as (land) Trustee under trust agreement dated April 7, 1987 and known as Trust No. 120924, recorded by

The Northern Trust Company is a wholly owned subsidiary of Northern Trust Corporation, Chicago   Member FDIC   Equal Housing Lender

was his personal car after he became pope in (1978)."

EL
LASSIFIEDS
Personals
Place an Ad

The car has been more than a showpiece for Rich. It helped shape his vision of a dining destination in rural Sugar Grove.

www.dailyherald.com/search/searchstory.asp?id=42920

**United States Bankruptcy Court**

**Northern District of Illinois**

KENNETH S. GARDNER, CLERK
**PUBLIC SERVICE COUNTER**

In re    James A. Rich

Debtor

Case No. ▮▮▮▮▮▮▮

Chapter _____ 11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 470,000.00 | | |
| B - Personal Property | Yes | 4 | 144,745,812.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 6,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 255,448.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,190.00 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 145,215,812.00 | | |
| Total Liabilities | | | | 6,255,448.23 | |

AMOUNTS SCHEDULED

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **James A. Rich**                                                     Case No. ▬▬▬▬▬▬▬
_____
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Unit 617, Lake Point Tower**<br>**505 N. Lake Shore Drive**<br>**Chicago, IL 60611** | **100% beneficial owner of Land Trust with Harris Bank, Hinsdale** | - | 300,000.00 | 2,000,000.00 |
| **Motorcycle space B-M1**<br>**Lake Point Tower**<br>**Chicago, IL 60611** | **Fee simple** | - | 25,000.00 | 0.00 |
| **Motorcycle space B-M2**<br>**Lake Point Tower**<br>**Chicago, IL 60611** | **Fee simple** | - | 25,000.00 | 0.00 |
| **Parking space B56**<br>**Lake Point Toweer**<br>**505 N. Lake Shore Drive**<br>**Chicago, IL 60611** | **Fee simple** | - | 120,000.00 | 0.00 |

**RECEIVED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 1 4 2004

KENNETH S. GARDNER, CLERK
PUBLIC SERVICE COUNTER

|  | | |
|---|---|---|
| Sub-Total > | 470,000.00 | (Total of this page) |
| Total > | 470,000.00 | |

  0    continuation sheets attached to the Schedule of Real Property                    (Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **James A. Rich**                                              Case No. _____

_____
                        Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the property is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | 8.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Account No. 8876066596 TCF Bank Aurora, IL** | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Various furniture, appliances and other personal items,and decorations in Condo Unit 617 Lake Point Tower, Chicago, IL (primary residence) and in a 5500 sq. ft. (second home) at 8 S 072 Dugan Road, Big Rock, IL.** | - | 20,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Collector cars:  JFK Car, the Pope Car, the Princess Diana Car, the Family Truckster** | - | 1,200,000.00 |
| | | **Chitty Chitty Bank Bang Car** | - | 1,000,000.00 |
| | | **Michael Jordan Corvette** | - | 250,000.00 |
| | | **Beanie Babies (400) incorporated into the Windows on the World lobby/museum at Chicago West Restaurant.** | - | 15,000.00 |
| | | **Certified signature artwork, sports memorabilita, collectors sports cards, signature photographs, signed sports memorabilita including Michael Jordan Basketball, Mike Ditka hologram and football, Walter Payton football, framed Michael Jackson lithograph** | - | 35,000.00 |

_(handwritten: 58,000,000.00)_

Sub-Total >          2,520,108.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **James A. Rich**                                                                  Case No. _____

_Debtor_

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Videotaped movies, laser discs and CDs. | - | 7,000.00 |
| | | Crisp uncirculated mint condition $1000 bill; crisp uncirculated mint condition $500 bill. | - | 10,000.00 |
| 6.  Wearing apparel. | | Necessary wearing apparel. | - | 2,000.00 |
| 7.  Furs and jewelry. | | Rolex watch, 1111 promotional ring with flawless internal 1.2 caret diamond and miscellaneous bracelets, necklaces, etc. | - | 25,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Nickel-plated 9 mm. pistol in a black case, .44 magnum | - | 3,000.00 |
| | | Digital camera and other photographic equipment, electronic equipment including projector. | - | 11,500.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% owner of stock of Jim Rich Enterprises, Inc., a chapter 11 debtor | - | 1.00 |
| | | 100% owner of stock of Chicago West, Inc., operating company for Jim Rich Enterprises, Inc. | - | 1.00 |
| | | 100% owner of J R's Retreat, LLC | - | 1.00 |
| | | 100% owner of stock of Automotive Performance Integration, Inc. (currently inactive) | - | 1.00 |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >          58,504.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re    **James A. Rich** _____    Case No. _____ 

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | **Right to live for life in land-trusted estate in a 5500 sq. ft. house at 8 S 072 Dugan Road, Big Rock, IL under special guarded security on a 16 acre estate.** | - | 40,000,000.00 |
| | | **Equitable interest in Rich Harvest Farm, by reason of unpaid services as CEO of a $200 million personal business.** | - | Unknown |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Beneficiary of life insurance policies on the lives of Jerome A. Rich and Betty Ann Rich.** | - | Unknown |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Jerome Rich in Case No. 04 LK 203, for tortious interference and other causes of action.** | - | 100,000,000.00 |
| | | **Counterclaims against Jerome Rich for trespass to land and conversion in Case No. 04 CH 10754 in the Circuit Court of Cook County, IL and other potential claims including slander of title and punitive damages.** | - | 2,000,000.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1982 Mustang GT** | - | 5,000.00 |
| | | **1989 35-foot Winnebago Motor Home, VIN # 1GBKP37W7K3313679** | - | 25,000.00 |

Sub-Total >    142,030,000.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **James A. Rich**                                                  Case No. _____

_____
                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1991 Ford Capri convertible** | - | 4,000.00 |
| | | **1971 Chevy Chevelle** | - | 10,000.00 |
| | | **1993 Chevy Blazer (4-wheel drive, full size)** | - | 3,000.00 |
| | | **1995 Lexus 400 SC** | - | 22,500.00 |
| | | **Rich Harvest Farms Golf Cart** | - | 5,000.00 |
| | | **1988 Rolls Royce Silver Spur** | - | 58,000.00 |
| | | **1984 Cadillac El Dorado** | - | 10,000.00 |
| 24. Boats, motors, and accessories. | | **Sea Doo twin-ingine Speedster Jet Boat with extensive stereo improvements and trailer** | - | 20,000.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | **Umbrella Cockatoo** | - | 4,000.00 |
| | | **Charpee Dog** | - | 500.00 |
| | | **2 cats** | - | 200.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 137,200.00 |
| (Total of this page) | |
| Total > | 144,745,812.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **James A. Rich**                                                          Case No. _____

_____

                              Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):  Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | 735 ILCS 5/12-1001(b) | 8.00 | 8.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Account No. 8876066596 | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| TCF Bank | | | |
| Aurora, IL | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Collector cars: JFK Car, the Pope Car, the Princess Diana Car, the Family Truckster | 735 ILCS 5/12-1001(b) | 1,888.00 | 1,200,000.00 |
| **Wearing Apparel** | | | |
| Necessary wearing apparel. | 735 ILCS 5/12-1001(a) | 2,000.00 | 2,000.00 |
| **Stock and Interests in Businesses** | | | |
| 100% owner of stock of Jim Rich Enterprises, Inc., a chapter 11 debtor | 735 ILCS 5/12-1001(b) | 1.00 | 1.00 |
| 100% owner of stock of Chicago West, Inc., operating company for Jim Rich Enterprises, Inc. | 735 ILCS 5/12-1001(b) | 1.00 | 1.00 |
| 100% owner of J R's Retreat, LLC | 735 ILCS 5/12-1001(b) | 1.00 | 1.00 |
| 100% owner of stock of Automotive Performance Integration, Inc. (currently inactive) | 735 ILCS 5/12-1001(b) | 1.00 | 1.00 |
| **Contingent and Non-contingent Interests in Estate of a Decedent** | | | |
| Beneficiary of life insurance policies on the lives of Jerome A. Rich and Betty Ann Rich. | 735 ILCS 5/12-1001(h)(3), 5/850 | 0.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1989 35-foot Winnebago Motor Home, VIN # 1GBKP37W7K3313679 | 735 ILCS 5/12-1001(c) | 1,200.00 | 25,000.00 |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re    **James A. Rich**                              Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor', include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. <br><br> Jerome A. Rich <br> 7 S 771 Dugan Rd <br> Sugar Grove, IL 60554 | X | - | | | **First Mortgage** <br><br> **Unit 617, Lake Point Tower** <br> **505 N. Lake Shore Drive** <br> **Chicago, IL 60611** | | | X | | |
| | | | | | Value $        300,000.00 | | | | 2,000,000.00 | 1,700,000.00 |
| Account No. <br><br> Jerome A. Rich <br> 7 S 771 Dugan Road <br> Sugar Grove, IL 60554 | X | - | | | **Collateral to business loan** <br><br> **Chitty Chitty Bank Bang Car** | | | | | |
| | | | | | Value $        1,000,000.00 | | | | 2,000,000.00 | 1,000,000.00 |
| Account No. <br><br> Jerome A. Rich <br> 7 S 771 Dugan Road <br> Sugar Grove, IL 60554 | X | - | | | **Collateral on business loan** <br><br> **Michael Jordan Corvette** | | | | | |
| | | | | | Value $        250,000.00 | | | | 2,000,000.00 | 1,750,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

    <u>0</u>    continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 6,000,000.00 | |
| Total <br> (Report on Summary of Schedules) | 6,000,000.00 | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6E
(04/04)

In re   **James A. Rich** _____   Case No. ▆▆▆▆▆▆▆▆▆▆▆▆

_____
                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____  continuation sheets attached

Form B6F
(12/03)

In re   **James A. Rich**                                                    Case No. ▬▬▬▬▬▬
_____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3717-307769-91005** | | | | | | | | |
| **American Express Bank, FSB** c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | X | - | | | X | | X | 24,037.73 |
| Account No. **3783-640256-84006** | | | | Revolving credit | | | | |
| **American Express Travel Related Svc** c/o Becket and Lee LLP P.O. Box 3001 Malvern, PA 19355-0701 | X | - | | | | X | X | 17,604.68 |
| Account No. | | | | Personal loan | | | | |
| **Bill Graham** **Volo Auto Museum** 27582 W. Volo Village Road Volo, IL 60073 | | - | | | | | | 10,000.00 |
| Account No. **4036-9423-5025-029** | | | | Revolving credit | | | | |
| **Capital One** P.O. Box 60000 Seattle, WA 98190-6000 | X | - | | | | X | | 7,127.11 |
| **2**   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 58,769.52 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    James A. Rich                                                           Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5543-0769-4904-607 | | | | | Revolving credit | | | | |
| Chase Platinum P.O. Box 52064 Phoenix, AZ 85072-2064 | X | - | | | | X | | | 15,972.57 |
| Account No. 6011-0072-3071-936 | | | | | Revolving credit | | | | |
| Discover Card P.O. Box 30395 Salt Lake City, UT 84130-0395 | X | - | | | | X | | | 8,299.32 |
| Account No. | | | | | | | | | |
| GEC Consultants, Inc. Lloyd M. Gordon 4606 Birchwood Ave. Skokie, IL 60076 | X | - | | | | X | | | 32,500.00 |
| Account No. 6035-3220-1327-567 | | | | | | | | | |
| Home Depot P.O. Box 8075 Layton, UT 84041 | X | - | | | | X | | | 1,852.71 |
| Account No. | | | | | Loan | | | | |
| Keith Rich Corporate Woods Lisle, IL | | - | | | | | | | 300.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          58,924.60

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **James A. Rich**                                                          Case No. ▬▬▬▬▬▬▬▬▬
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5490-9928-4413-706 | | | Revolving credit | | | | |
| MBNA America P.O. Box 15137 Wilmington, DE 19886-5137 | X | - | | X | | | 9,616.14 |
| Account No. 45329-0419-6350-7568 | | | REvolving credit | | | | |
| MBNA America P.O. Box 15137 Wilmington, DE 19886-5137 | X | - | | X | | | 19,954.43 |
| Account No. 04-9993-59659-9 | | | Revolving credit | | | | |
| Nieman Marcus P.O. Box 729080 Dallas, TX 75372-9080 | X | - | | | | | 1,160.18 |
| Account No. 66518 | | | Guaranty of corporate debt | | | | |
| Rewards Network Estab. Svs.,Inc. c/o Diane L. Graham 2 North Riverside Plaza, STe 950 Chicago, IL 60606 | X | - | | X | | X | 95,523.36 |
| Account No. | | | Lawyer | | | | |
| TimDwyer 2305 Enterprise Drive Westchester, IL 60154 | X | - | | | | | 11,500.00 |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 137,754.11 |
| Total (Report on Summary of Schedules) | | 255,448.23 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

In re    **James A. Rich**                                          Case No. _____

,
Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

  0    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    James A. Rich                                                    Case No. _____
                          Debtor

## SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jim Rich Enterprises, Inc<br>270 S Main St<br>Sugar Grove, IL 60554<br>    Chapter 11 debtor | American Express Bank, FSB<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Jim Rich Enterprises, Inc<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>    Chapter 11 debtor | Discover Card<br>P.O. Box 30395<br>Salt Lake City, UT 84130-0395 |
| Jim Rich Enterprises, Inc.<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>    Chapter 11 debtor in Case No. 04-25940 | Jerome A. Rich<br>7 S 771 Dugan Rd<br>Sugar Grove, IL 60554 |
| Jim Rich Enterprises, Inc.<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>    Debtor in chapter 11 case | Jerome A. Rich<br>7 S 771 Dugan Road<br>Sugar Grove, IL 60554 |
| Jim Rich Enterprises, Inc.<br>270 S Main St.<br>Sugar Grove, IL 60554<br>    Chapter 11 debtor | Jerome A. Rich<br>7 S 771 Dugan Road<br>Sugar Grove, IL 60554 |
| Jim Rich Enterprises, Inc.<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>    Chapter 11 debtor | Rewards Network Estab. Svs.,Inc.<br>c/o Diane L. Graham<br>2 North Riverside Plaza, STe 950<br>Chicago, IL 60606 |
| Jim Rich Enterprises, Inc.<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>    Chapter 11 debtor | American Express Travel Related Svc<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Jim Rich Enterprises, Inc.<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>    Chapter 11 debtor | Capital One<br>P.O. Box 60000<br>Seattle, WA 98190-6000 |
| Jim Rich Enterprises, Inc.<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>    Chpater 11 debtor | Chase Platinum<br>P.O. Box 52064<br>Phoenix, AZ 85072-2064 |

  1   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    James A. Rich                                                                                     Case No. ▬▬▬▬▬▬▬
_____,
                                                        Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jim Rich Enterprises, Inc.<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>  Chapte 11 debtor | GEC Consultants, Inc.<br>Lloyd M. Gordon<br>4606 Birchwood Ave.<br>Skokie, IL 60076 |
| Jim Rich Enterprises, Inc.<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>  Chapter 11 debtor | Home Depot<br>P.O. Box 8075<br>Layton, UT 84041 |
| Jim Rich Enterprises, Inc.<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>  Chapter 11 debtor | MBNA America<br>P.O. Box 15137<br>Wilmington, DE 19886-5137 |
| Jim Rich Enterprises, Inc.<br>270 S. Main S.<br>Sugar Grove, IL 60554<br>  Chapter 11 debtor | MBNA America<br>P.O. Box 15137<br>Wilmington, DE 19886-5137 |
| Jim Rich Enterprises, Inc.<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>  Chapter 11 debtor | Nieman Marcus<br>P.O. Box 729080<br>Dallas, TX 75372-9080 |
| Jim Rich Enterprises, Inc.<br>270 S. Main St.<br>Sugar Grove, IL 60554<br>  Chapter 11 debtor | TimDwyer<br>2305 Enterprise Drive<br>Westchester, IL 60154 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6I
(12/03)

In re    **James A. Rich**                                                              Case No. ▬▬▬▬▬
_____,
                                    Debtor

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP **None.** | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL | $ 0.00 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify)_____ | $ 0.00 | $ N/A |
| _____ | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ N/A |
| Income from real property | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ N/A |
| _____ | $ 0.00 | $ N/A |
| Pension or retirement income | $ 0.00 | $ N/A |
| Other monthly income (Specify) _____ | $ 0.00 | $ N/A |
| _____ | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 0.00 | $ N/A |
| TOTAL COMBINED MONTHLY INCOME | $ 0.00 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re   **James A. Rich**                                                      Case No. ▓▓▓▓▓▓▓▓▓
_____                    _____
                              Debtor

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?       Yes_____    No____X____ | | |
| Is property insurance included?       Yes_____    No____X____ | | |
| Utilities: Electricity and heating fuel | $ | 0.00 |
|       Water and sewer | $ | 0.00 |
|       Telephone | $ | 0.00 |
|       Other_____ | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 1,500.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 25.00 |
| Transportation (not including car payments) | $ | 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 40.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|       Homeowner's or renter's | $ | 0.00 |
|       Life | $ | 0.00 |
|       Health | $ | 0.00 |
|       Auto | $ | 50.00 |
|       Other_____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify)_____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|       Auto | $ | 0.00 |
|       Other_____ | $ | 0.00 |
|       Other_____ | $ | 0.00 |
|       Other_____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other_____ | $ | 0.00 |
| Other_____ | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,190.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | N/A |
| B. Total projected monthly expenses | $ | N/A |
| C. Excess income (A minus B) | $ | N/A |
| D. Total amount to be paid into plan each _____ | $ | N/A |
|                                   (interval) | | |

# United States Bankruptcy Court
## Northern District of Illinois

In re   James A. Rich
_____

Debtor(s)

Case No. ▓▓▓▓▓▓
Chapter   11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   9 / 13 / 04                    Signature   _____

James A. Rich
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **James A. Rich** _____

_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$593,485.00** | **2002 Gross Income from Business JR's Retreat, LLC** |
| **$45,275.00** | **2003 Salary** |
| **$7,000.00** | **2004 Salary** |

**2. Income other than from employment or operation of business**

None
■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

2

#### 3. Payments to creditors

None ■   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| James Rich d/b/a JR's Retreat v. Village of Sugar Grove, 02 LK 385 | Defamation, etc. | 16th Judicial Circuit, Kane County, IL | Pending |
| Jerome A. Rich v. LaSalle National Bank as TUT April 7, 1997 and known as trust no. 120924; James A. Rich; Jim Rich Enterprises, Inc., Unknown Owners and Non-Record Claimants, Case No. 04 CHK 585 | Foreclosure | 16th Judicial Circuit, Kane County, IL, Judge Keith Brown | Merged with Case No 04 LK 203 |
| Chicago West, Inc. (James A. Rich) v. Jerome Anthony Rich, Case No. 04 LK 203 | Tortious interference | 16th Judicial Cirucit, Kane County, IL Judge Keith Brown | Pending; merged with Case No. 04 CHK 585 |
| Jerome A. Rich v. Harris Trust, James A. Rich, Jim Rich Enterprises, Inc., d/b/a Chicago West, Case No. 04 CH 10754 | Forreclosure and declaratory judgment | Circuit Court of Cook County, IL, County Department, Chancery Division | Pending |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Jerome A. Rich 7 S 771 Dugan Road Sugar Grove, IL 60554 | August 2003 | Various items of personal property, including cars, motor home, Beanie babies and other collectibles, etc. |

3

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

4

**10. Other transfers**

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **The Northern Trust** **22nd St** **Oak Brook Terrace, IL** | **dEBTOR** | **Nothing of value** | **n/a** |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **8 S 072 Dugan Road** **Big Rock, IL** | **James A. Rich** | **1993-3/2004** |

5

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **505 N. Lake Shore Drive**<br>**Unit 617**<br>**Chicago, IL** | **James A. Rich** | **1991-8/2003** |

#### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

#### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

#### 18. Nature, location and name of business

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Automotive Performance Integration, Inc. | 36-3605070 | 7 S 771 Dugan Road Sugar Grove, IL 60554 | Used car dealership | 1989-2004 |
| 36-4182474 | | 270 S. Main St. Sugar Grove, IL 60554 | Operation of restaurant | 1997 to present (inactive) |
| Jim Rich Enterprises, Inc. | 36-4196912 | 270 S. Main St. Sugar Grove, IL 60554 | Own restaurant | 1996-present |
| Chicago West, Inc. | | 270 S. Main St. Sugar Grove, IL 60554 | Operate restaurant | 1/1/04 to present |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

#### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Porte Brown, LLC 845 Oakton St. Elk Grove Village, IL 60007-1904 | 1997-2003 |
| Larry Goldman 6306 N. Cicero Chicago, IL 60646 | 2003-present |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

7

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Porte Brown, LLC 845 Oakton St. | Elk Grove Village, IL 60007-1904 |
| Larry Goldman | 6306 N. Cicero<br>Chicago, IL 60646 |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Fifth Third Bank<br>Aurora, IL | 3/04 |
| LaSalle Bank<br>77 S. Dearborn<br>Chicago, IL 60603 | 5/04 |
| First American Bank<br>Skokie, IL<br>Skokie, IL 60076 | 1/04 |
| Northern Trust<br>4 N. Washington St.<br>Hinsdale, IL 60521 | 5/04 |
| Lincoln Capital Corporation<br>2021 Midwest Road, Ste 200<br>Oak Brook, IL 60523 | 4/04 |

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

8

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                         TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER

Form 7
(12/03)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____ 9/13/04 _____     Signature _____

James A. Rich
Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

American Express
P.O. Box 360002
Ft. Laudeerdale, FL 33336-0002


American Express Bank, FSB
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701


American Express Travel Related Svc
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701


Bill Graham
Volo Auto Museum
27582 W. Volo Village Road
Volo, IL 60073


Capital One
P.O. Box 60000
Seattle, WA 98190-6000


Chase Platinum
P.O. Box 52064
Phoenix, AZ 85072-2064


Discover Card
P.O. Box 30395
Salt Lake City, UT 84130-0395


GEC Consultants, Inc.
Lloyd M. Gordon
4606 Birchwood Ave.
Skokie, IL 60076


Home Depot
P.O. Box 8075
Layton, UT 84041


Jerome A. Rich
7 S 771 Dugan Rd
Sugar Grove, IL 60554

Jerome A. Rich
7 S 771 Dugan Road
Sugar Grove, IL 60554


Keith Rich
Corporate Woods
Lisle, IL


MBNA America
P.O. Box 15137
Wilmington, DE 19886-5137


Nieman Marcus
P.O. Box 729080
Dallas, TX 75372-9080


Rewards Network Estab. Svs.,Inc.
c/o Diane L. Graham
2 North Riverside Plaza, STe 950
Chicago, IL 60606


TimDwyer
2305 Enterprise Drive
Westchester, IL 60154

# United States Bankruptcy Court
## Northern District of Illinois

In re   James A. Rich _____   Case No.   **04-28217** _____

_____ Debtor(s)   Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____   **16**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _____9/14/04_____

/s/ James A. Rich _____
**James A. Rich**
Signature of Debtor