**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| RICH, JAMES ALLEN | ) | |
| | ) | CASE NO. 05-24115 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At:   U.S. BANKRUPTCY COURT
>         219 S. Dearborn, Courtroom 644
>         Chicago, IL 60604
>
>   on:   **March 11, 2008**
>   at:   **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                 $     1,211,558.20

    b. Disbursements                            $       831,680.01

    c. Net Cash Available for Distribution      $       379,878.19

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ 141,127.48 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $ 7,911.71 |
| JOSEPH R. VOILAND Trustee's Attorney | $ 0.00 | $ 0.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,164.55 have already been paid in full.

6. Claims of general unsecured creditors totaling $309,259.83, have been allowed and have been paid in full. Interest will paid on said claims as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1I | Forrest L. Ingram, P.C. | $3,539.40 | $3,539.40 |
| 2I | American Express Bank FSB | $1,423.06 | $1,423.06 |
| 3I | American Express Travel Related Svcs Co. | $1,905.62 | $1,905.62 |
| 4I | American Express Travel Related Svcs Co. | $1,067.41 | $1,067.41 |
| 5I | ECAST Settlement Corporation, assignee of | $30.63 | $30.63 |
| 6I | MBNA America Bank NA | $2,723.12 | $2,723.12 |
| 7I | ECAST Settlement Corporation, assignee of | $13.00 | $13.00 |
| 8I | Discover Bank | $580.01 | $580.01 |
| 9I | Chase Bank USA, N.A. | $928.83 | $928.83 |
| 12I | Bill Grams History | $536.92 | $536.92 |
| 13I | Capital One Bank | $429.33 | $429.33 |
| 14I | Rewards Network Establishment Services, Inc. | $3,221.51 | $3,221.51 |
| 16I | Illinois Department of Revenue | $330.99 | $330.99 |
| 21I | St. Paul Travelers (Vol) | $116.89 | $116.89 |
| 27I | Todd Bartosz | $1,155.94 | $1,155.94 |
| 16AI | Illinois Department of Revenue | $88.99 | $88.99 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Household Goods (Dugan Road) - $7,500.00; Artwork, Sports Memorabilia, Etc. – $25,000.00; Wearing Apparel - $600.00; Rolex Watch and Misc. Jewelry - $10,000.00; Nickel Plated 9 mm Pistol - $3,000.00; Digital Camera and Misc. Electronic Equipment – $11,500.00; Stock (Jim Rich Enterprises) – Unknown; Stock (Chicago West, Inc.) – Unknown; Stock (JR's Retreat) – Unknown; Life Estate (Dugan Road Property ) – Unknown; 1982 Mustang GT - $5,000.00; 1991 Ford Capri Convertible - $4,000.00; 1989 35' Winnebago Motor Home - $10,000.00; 1993 Chevrolet Blazer - $3,000.00; 1988 Rolls Royce Silver Spur - $58,000.00; 1984 Cadillac Ed Dorado - $10,000.00; Animals (Cockatoo, Charpee, 2 Cats) - $4,500.00; Rosary Beads – Unknown; Claim

For Withholding - $9,000.00; SeaDoo Twin Engine Speedster - $20,000.00;

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **February 7, 2008**          For the Court,

                                          By:   **KENNETH S. GARDNER**
                                                  Kenneth S. Gardner
                                                  Clerk of the United States Bankruptcy Court
                                                  219 S. Dearborn Street, 7th Floor
                                                  Chicago, IL  60604