**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| RICH, JAMES ALLEN | ) | |
| | ) | CASE NO. 05-24115 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. BANKRUPTCY COURT
         219 S. Dearborn, Courtroom 644
         Chicago, IL  60604

   on:   **March 11, 2008**
   at:   **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                    $       1,211,558.20

   b. Disbursements                               $         831,680.01

   c. Net Cash Available for Distribution         $         379,878.19

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ 141,127.48 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $ 7,911.71 |
| JOSEPH R. VOILAND Trustee's Attorney | $ 0.00 | $ 0.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,164.55 have already been paid in full.

6. Claims of general unsecured creditors totaling $309,259.83, have been allowed and have been paid in full. Interest will paid on said claims as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1I | Forrest L. Ingram, P.C. | $3,539.40 | $3,539.40 |
| 2I | American Express Bank FSB | $1,423.06 | $1,423.06 |
| 3I | American Express Travel Related Svcs Co. | $1,905.62 | $1,905.62 |
| 4I | American Express Travel Related Svcs Co. | $1,067.41 | $1,067.41 |
| 5I | ECAST Settlement Corporation, assignee of | $30.63 | $30.63 |
| 6I | MBNA America Bank NA | $2,723.12 | $2,723.12 |
| 7I | ECAST Settlement Corporation, assignee of | $13.00 | $13.00 |
| 8I | Discover Bank | $580.01 | $580.01 |
| 9I | Chase Bank USA, N.A. | $928.83 | $928.83 |
| 12I | Bill Grams History | $536.92 | $536.92 |
| 13I | Capital One Bank | $429.33 | $429.33 |
| 14I | Rewards Network Establishment Services, Inc. | $3,221.51 | $3,221.51 |
| 16I | Illinois Department of Revenue | $330.99 | $330.99 |
| 21I | St. Paul Travelers (Vol) | $116.89 | $116.89 |
| 27I | Todd Bartosz | $1,155.94 | $1,155.94 |
| 16AI | Illinois Department of Revenue | $88.99 | $88.99 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Household Goods (Dugan Road) - $7,500.00; Artwork, Sports Memorabilia, Etc. – $25,000.00; Wearing Apparel - $600.00; Rolex Watch and Misc. Jewelry - $10,000.00; Nickel Plated 9 mm Pistol - $3,000.00; Digital Camera and Misc. Electronic Equipment – $11,500.00; Stock (Jim Rich Enterprises) – Unknown; Stock (Chicago West, Inc.) – Unknown; Stock (JR's Retreat) – Unknown; Life Estate (Dugan Road Property ) – Unknown; 1982 Mustang GT - $5,000.00; 1991 Ford Capri Convertible - $4,000.00; 1989 35' Winnebago Motor Home - $10,000.00; 1993 Chevrolet Blazer - $3,000.00; 1988 Rolls Royce Silver Spur - $58,000.00; 1984 Cadillac Ed Dorado - $10,000.00; Animals (Cockatoo, Charpee, 2 Cats) - $4,500.00; Rosary Beads – Unknown; Claim

      For Withholding - $9,000.00; SeaDoo Twin Engine Speedster - $20,000.00;

      The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **February 7, 2008**　　　　　　　　For the Court,

                                      By:  **KENNETH S. GARDNER**
                                            Kenneth S. Gardner
                                            Clerk of the United States Bankruptcy Court
                                            219 S. Dearborn Street, 7th Floor
                                            Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-24115   Doc 268   Filed 02/07/08   Entered 02/09/08 23:36:37   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                User: amcc7                  Page 1 of 1                  Date Rcvd: Feb 07, 2008
Case: 05-24115                      Form ID: pdf002              Total Served: 34


The following entities were served by first class mail on Feb 09, 2008.
db          +James Allen Rich,    P O Box 29,    Dekalb, IL 60115-0029
tr          +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
9476497     +American Express Bank FSB,    C/O Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
9530489      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
              P.O. Box 3001,    Malvern, PA 19355-0701
9476580     +Bill Grams,    Volo Auto Museum,    27640 Volo Village Road,    Volo, IL 60073-9613
9476581     +Capital One,    PO Box 60000,    Seattle, WA 98190-6000
9827925     +Capital One Bank,    C/O Tsys Debt Management,    PO Box 5155,    Norcross, GA 30091-5155
9704560     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
9476582     +Chase Platinum,    PO Box 52064,    Phoenix, AZ 85072-2064
9494375     +Forrest L. Ingram, P.C.,    79 W. Monroe St.,    Suite 1210,    Chicago, IL 60603-4936
9494376     +Forrest L. Ingram, P.C.,    79 W. Monroe St.,    Suite 121p,    Chicago, IL 60603-4901
9476584      GEC Consultants Inc,    Lloyd M Gordon,    4606 Birchwood Ave,    Skokie, IL 60076
9476585     +Home Depot,    PO Box 8075,    Layton, UT 84041-8075
10470632    +Illinois Department of Revenue,    Bankruptcy Unit,    100 W. Randolph St., #7-400,
              Chicago, IL 60601-3218
9476496     +Jerome A Rich,    P O box 610,    Sugar Grove, IL 60554-0610
9476586     +Keith Rich,    Corporate Woods,    Lisle, IL 60532
9630042     +MBNA America,    PO Box 15137,    Wilmington, DE 19886-5137
9476587     +MBNA America Bank NA,    PO Box 15168 1423,    Wilmington, DE 19850-5168
9476588     +Nieman Marcus,    PO Box 729080,    Dallas, TX 75372-9080
9630043     +Northern Trust,    C/O Daniel Peters,    4200 Commerce Ct St 300,    Lisle, IL 60532-3613
9476589     +Rewards Network Estab Svs Inc,    C/O Diane L Graham,    2 North Riverside Plaza Ste 950,
              Chicago, IL 60606-2614
10721290    +Rewards Network Establishment Inc,    fka Idine Restaurant Group Inc,
              2 North Riverside Plaza Suite 950,    Chicago, IL 60606-2614
10466085    +Rewards Network Establishment Services Inc.,    2 North Riverside Plaza, Suite # 95,
              Chicago, IL 60606-2600
10466011    +Rewards Network Establishment Services Inc.,    2 North Riverside Plaza, Suite 950,
              Chicago, IL 60606-2614
9955292     +Rewards Network Establishment Services Inc.,    c/o David A. Newby,    Johnson & Newby,
              39 S. LaSalle St.,    Suite 820,    Chicago, IL 60603-1616
10471672    +Rich Harvest Farms Co,    Mr Jerome A Rich,    Rich Harvest Farms Co,    P O box 610,
              Sugar Grove IL 60554-0610
10682841    +St. Paul Travelers (Vol),    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
              Timonium, Maryland 21094-5126,    Telephone Number: (410) 773-4085
10669129     Sysco,    250 Wieboldt Dr.,    Des Plaines, IL 60016-3192
9476590     +TimDwyer,    2305 Enterprise Drive,    Westchester, IL 60154-5802
11171444    +Todd Bartosz,    c/o Smith Wykes & Konen LLC,    513 W State Street,    Sycamore, IL 60178-1327
9585914      eCAST Settlement Corporation, assignee of,    General Electric/LINEN AND THINGS,    P.O. Box 35480,
              Newark, NJ  07193-5480
9595525      eCAST Settlement Corporation, assignee of,    General Electric/SAM'S CLUB CONSUME,
              P.O. Box 35480,    Newark, NJ  07193-5480
The following entities were served by electronic transmission on Feb 08, 2008.
9597047      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2008 03:01:26      Discover Bank,
              Discover Financial Services,    P O Box 8003,    Hilliard OH 43026
9476583      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2008 03:01:26      Discover Card,    PO Box 30395,
              Salt Lake City, UT 84130
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10608468     Office of the U.S. Trustee
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2008**                    **Signature:**   *Joseph Speetjens*